IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE

| | |
|---|---|
| **CHAD SNYDER** : | |
| : | |
| Plaintiff, : | **CIVIL ACTION NO. 22-cv-01291-CCB** |
| : | |
| v. : | |
| : | |
| **AEROTEK, INC.** : | |
| : | |
| Defendant. : | |
| _____ : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to F. R. Civ. P. 41(a)(1)(i), Plaintiff, Chad Snyder, through his undersigned counsel, hereby dismisses, with prejudice, his complaint against Defendant Aerotek, Inc. The instant lawsuit has not been served and no Answer or Motion for Summary Judgment has been filed in this matter.

Respectfully Submitted,

/s/ Ruth Ann Azeredo
Ruth Ann Azeredo  (No. 16175)
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, MD  21401
(410) 558-1915
(410) 558-1917 Fax
ruthazeredo@comcast.net

Timothy W. Romberger
Fed. Bar No. 014408
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C.  20046
(202) 248-5053
(703) 582-6494 Cell
timromberger1@comcast.net

Date:  August 29, 2022

1